IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WELLS FARGO BANK N.A., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3:12-CV-4717-M (BF) |
| § | |
| DARLENE FORD and ALL OCCUPANTS, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff Wells Fargo Bank N.A.'s ("Plaintiff") Motion to Remand (doc. 9) is **GRANTED**. However, Plaintiff's request for costs, expenses and attorney's fees is **DENIED**. This case shall be **REMANDED** back to Dallas County Court at Law No. 5 in Dallas, Texas.

**SO ORDERED** this 18th day of March, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS